In the Matter of the Estate of SAMUEL LYMAN, Deceased.

(Argued June 15, 1891; decided June 25, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, entered upon an order made April 7, 1891, which affirmed an order of the surrogate of the city and county of New York directing Lydia A. Lyman, as administratrix, to account.

*Henry Woodward Sackett* for appellant.

*Charles E. Miller* for respondent.

Agree to affirm ; no opinion.
All concur, except RUGER, Ch. J., not voting.
Order affirmed.

---

THOMAS WATTS, as Receiver, etc., Respondent, *v.* FRANKLIN A. WILCOX et al., Appellants.

(Argued June 16, 1891; decided June 25, 1891.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 9, 1891, which affirmed an order of Special Term overruling demurrers to the complaint, and affirmed an interlocutory judgment in plaintiff's favor entered thereon.

*Henry Bacon* for appellants.

*William F. O'Neill* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.